[Nos. 24491-1-III; 24492-0-III.   Division Three.   September 14, 2006.]

*In the Matter of the Personal Restraint of* SHAWN C.
WALLWORK, *Petitioner.*

Petitions for relief from personal restraint. *Granted in part, dismissed in part,* and *remanded* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 55556-1-I.   Division One.   September 18, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY L.
THOMAS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-01959-3, Stephen J. Dwyer, J., entered December 30, 2004. *Reversed* and *remanded* by unpublished opinion per Schindler, A.C.J., concurred in by Cox and Ellington, JJ. Now published at 135 Wn. App. 474.

[No. 55793-9-I.   Division One.   September 18, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CAROLYN MARIE
MCCULLOUGH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-08106-6, Anthony P. Wartnik, J., entered December 8, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55854-4-I.   Division One.   September 18, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. HARJINDER SINGH
GANDHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00443-1, Ira Uhrig, J., entered November 18, 2004. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick, C.J., and Agid, J.